| | | | |
|---|---|---|---|
| DATE: | 1-23-2017 | CASE NUMBER: | 6:17cr5 |
| LOCATION: | Tyler | | |
| JUDGE: | K. NICOLE MITCHELL | USA  VS. | **Brian Calhoun Stansbury** |
| DEP. CLERK: | Lisa Hardwick | | |
| RPTR/ECRO: | Lisa Hardwick | Jim Noble (appearing for Allen Hurst) | Ken Hawk (stand-by only, not appointed) |
| USPO: | Nathan Manley | | |
| INTERPRETER: | --------------------- | | |
| TIME START: | 3:45 p.m. | | |
| TIME END: | 3:53 p.m. | | |

| | |
|---|---|
| **Indictment unsealed** | **Interpreter** |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| X | Initial Appearance called | X | Initial Appearance held |
| | Defendant appears with counsel | X | Dft appears without counsel |
| X | Date of Arrest: **1-23-17** | | Dft's first appearance with counsel |
| X | Dft advised of charges | X | Dft advised of right to counsel |
| X | Dft advised maximum penalties | X | Dft advised of right to remain silent |
| X | Dft stated he will retain counsel Clay Thomas | | Court finds Dft eligible and appoints: |
| X | Gvt oral motion for detention | X | Gvt Oral Motion for Continuance of Detention hearing |
| | Order of Conditions of Release | | Appearance Bond: |
| | Waiver of Detention | | |
| X | Order of Temporary Detention | X | Detention Hearing set for: **1-26-17 at 10:30 a.m.** before Judge Mitchell |
| | Order of Detention | X | Arraignment Hearing set for: **1-26-17 at 10:30 a.m.** before Judge Mitchell |
| X | Dft remanded to the custody of the US Marshal | | Deft released on conditions of bond |